FILED - LN
October 22, 2020(GR)
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JLG / [initials] 10/28/20

# IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
## UNITED STATES 17TH CIRCUIT COURT OF THE 61ST DISTRICT OF MICHIGAN

Keith A. Goodwin;  )  Case No: 1:20 -cv- 725

  Claimant/Plaintiff.  )

_____  )  Judge Hala Y. Jarbous

  )

Judge Paul Maloney;  )

  )

  Respondent/Defendant.  )

  )

  )

_____

## COMMON LAW COURT OF RECORDS REPLY TO REPORT AND RECOMMENDATION

This matter is closed as it was brought before the Executive Branch pursuant to 42 USC 1985(2), and tried under "Common Law Court of Record" for which Judgement is in Favor of the Claimant Keith Goodwin and the Respondent Paul L. Maloney's Motion for Dismissal has been denied. It is my recommendation that the Respondent get counseling, helping him to except the fact that this case is over.

### Background

On or around June 15, 2020 the Claimant filed an action against in "Common Law Court of Record" against Corporate Officer Judge Paul L.

Page 1 of 6

Maloney. In response to Judge Barren stating, Magistrate Judge Green issued a Report and Recommendation "Noting" that the Claimant's "Vapor Money Theory" had been characterized by "Other Courts" as "nonsense". The Common Law Court of Record would like to emphasize the phrase "Vapor Money Characterized by Other Courts". Please understand, the Bank "NEVER" argued the validity of the Credit Agreement Payoff Security Instrument presented by the Claimant or his "Private Banking" credentials. It was Judge Green who is boarder line "Practicing Law from the Bench" that created this "Vapor Money" argument "Not" the Bank. The Bank always did and still does *"Recognize"* the *"Private Banking Credentials"* of the Claimant.

As this court of record reiterates, this case was filed in "Common Law Court of Record" for which Corporate Officer Judge Greens "Recommendation" is irrelevant and all "Other Courts" used to support it, as this lawsuit is not against Judge Green but against Judge Paul Maloney, as he is the only one responsible for this debacle. Through Judge Maloney's lack of knowledge and/or respect for the Law "Violating Jurisdiction" he has brought much harm and heartache to many people. We know Judge Barrens and the courts are doing all to help as they are feeling the adverse effects of Judge Maloney's bad judgement; However, Judge Greens opinion was only important to Judge Maloney as Common Law only hears recommendations from the Jury. Therefore, Judge Greens Report was Null and Void, as is this Report and Recommendation that has been presented by Judge Barrens.

## MOTION STANDARD

Under the heading of "Motion Standards" it appears Corporate Officer Magistrate Judge Barrens is again arguing the point of Magistrate Judge Greens

"Report and Recommendation". Again, this case was and is filed with the Executive Branch under "Common Law Court of Record" against Judge Maloney and is closed. As Judge Barrens stated, "this case is *"Moot"* to me" and was unwilling to commit *"fraud"* and hear this case as this case cannot be brought or continued after the matter at issue has been resolved. For this I commend Judge Barrens, however, her sudden change in ethics I will not condone. We understand Judge Barrens and the courts are desperate doing all they can at this point, but choosing to possibly commit fraud placing your *"Own"* good name and reputation on the line is not wise as this is not your fault.  Judge Paul Maloney has made his bed very hard, and as difficult as it is, you are going to have to let him lie in it *"ALONE"*.

## DISCUSSION

Under the topic of Discussion, Judge Barrens states "It is well established that a judge is absolutely immune from suit seeking monetary relief so long as the judge was performing **Judicial Functions**. Judge Barrens also states the "judge was acting in his capacity and in his "Jurisdiction" in dismissing the Claimants case. Again, this case was filed in a "Common Law Court of Record" which does not Allow or Authorize *"Any"* administration of a Corporate Official but is  owned, governed, and ran by the American people. Seeing this was a "Common Law Court of Record" it was not his jurisdiction or *"Capacity"* to dismiss. Judges *"Are Not"* immune from civil rights violations**, U.S 42 1983**. This law trumps any law and wipes out *"Immunity"* when rights are violated because the judge is "acting under color of law" **42 U.S. Code § 1983. Civil action for deprivation of rights.**

Judge Paul Maloney in *"Throwing the Case Out"*, was **"Not"** performing his judicial functions, as it was his judicial function to **"Step Aside"** and **"Witness"** "The Fourth Branch of Government" which is the "Grand/petit Jury". The Grand Jury is empaneled "governed" and administered to directly by and on behalf of the American people *"Not"* Corporate Judges, Corporate Banks, and Corporate Attorneys. Thus, Judge Maloney committed *"Fraud"* in denying the Claimant aka American People the unbridled right to empanel their **"Own"** grand or petit jury under the 5th and 6th Amendment according to the "Bill of Rights". The Claimant requested trial by jury according to the 5th and 6th Amendment in a "Common Law Court of Record". The Respondent *"Assumed"* judicial functions that were not Authorized for him to perform and Judged the case *"Himself"* which in a "Common Law Court of Record" a **"JUDGE CANNOT DO"**! It's called "LACK OF SUBJECT MATTER AND JURISDICTION, ACTING UNDER COLOR OF LAW Hands Down!

## Conclusion

Seeing this suit has been Moved to the Executive Branch of Government, tried and is closed, this Recommendation presented by Corporate officer Judge Barrens is Null and Void" and is "Fraud" within itself. This case was not filed in Corporate Judge Barrens courts as it was filed in Common Law Court of Record under the Judicial Branch of Government Secretary of State. Therefore, the Report and Recommendation presented by Corporate Officer Judge Barrens is not required to be recognized by the Claimant or any Court handling this fraudulent reassignment.

Sincerely,


Keith Goodwin

**WHEREFORE,** petitioner denies this court personam jurisdiction and moves this court to cease and desist with prejudice from all actions against petitioner for lack of constitutional authority and personam jurisdiction. Failure of the officers of this court to comply with the "Law of the Land"[1] and their oath[2] to the Law will result in further action in federal court charging 18 USC §241 conspiracy against Rights, 18 USC §242 deprivation of Rights, and restitution as required by common law, and Fraud upon the court via judicial machinery.[3]

SEAL

Dated 10/14/2020

In pro per

### NOTARY

Michigan State, Kent County on this 14th day of October 20 20 before me, the subscriber, personally appeared Keith A. Goodwin to me known to be the living (wo)man described in and who executed the forgoing instrument and sworn before me that (s)he executed the same as their free will act and deed.

PHILIP DENTLER
Notary Public – State of Michigan
County of Kent
My Commission Expires Jan 25, 2024
Acting in the County of Kent

---

[1] **US Constitution Article VI Clause 2:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[2] **US Constitution Article VI Clause 3:** The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

[3] **Fraud upon the court:** In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "*Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted.*"



KEITH A. GOODWIN
1135 BENJAMIN AVE SE
GRAND RAPIDS MI 49506

17th CIRCUIT C
ATTN: JUDGE
180 OTTOWA
GRAND RAPIDS





**LISA POSTHUMUS LYONS**
COUNTY CLERK / REGISTER OF DEEDS

**CLERK OF THE 17th CIRCUIT COURT**
**KENT COUNTY COURTHOUSE**
180 OTTAWA AVENUE N.W., STE 2400
GRAND RAPIDS, MI 49503

ADDRESS SERVICE REQUESTED



U.S. District Court

399 Federal Bldg
110 Michigan St NW
Grand Rapids, MI 49503

For Judge Jarbou