FILED - LN
October 22, 2020(GR)
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JLG /

# IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
## UNITED STATES 17TH CIRCUIT COURT OF THE 61ST DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Keith A. Goodwin; | ) | Case No: 1:20 -cv- 725 |
| Claimant/Plaintiff. | ) | |
| | ) | Judge Hala Y. Jarbou |
| | ) | |
| Judge Paul Maloney; | ) | |
| | ) | |
| Respondent/Defendant. | ) | |
| | ) | |
| | ) | |

### Motion to Enforce the Judgement and Order to Pay the Living Testimony in Form of Affidavit of Truth in Commerce

Now comes **Keith Goodwin**, Claimant/Plaintiff, **a harmed and Injured Victim,** requesting a **Court Order** to **Enforce** the **Judgement** and **Order to Pay** against the Respondent concerning the **Living Testimony in Form of Affidavit of Truth in Commerce,** administered under the **Principle Executive Branch** the **Secretary of State** for intentional Fraud and to have the Legally Processed Cap Security Instrument and the Release of Debt Lien Security Contract Property signed and applied for full discharge of debt. account number: **0659807838**. Also, the "Debt Lien Release Security Contract Property" to be sent to the Kent County Real Estate Records Office, Fannie Mae and Mr. Cooper/Nationstar notifying them the debt. has been satisfied of said **Lien Credit Agreement Payoff Security Instrument Contract NOTE and Debt Lien Release and Satisfaction of Property. All offers are accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50 USC §4305 (b) (2)..**

Claimant/Plaintiff has first-hand knowledge as a harmed, and Injured Victim, competent first hand witness claims **Respondents/Defendants** commit fraud as he/they breached the **TERMS AND CONDITIONS** of their Oath of Office, and Subcontract being Corporate Officials lacking subject matter violated Jurisdiction, Acting Under Color of Law as judge, jury and executioner in a "Common Law Court of Record" creating **"False"** dismissals, legal threats, judgments, orders and false notices. The Supreme Court stated: "If a court is without authority, its judgments, orders and notices are regarded as nullities. They are not voidable, but simply void. Claimant/Plaintiff' ask the court to Enforce the Judgement Entered according to rule 58 of the federal rules of civil procedure concerning the "Living Testimony of Truth in Form of Affidavit" enforcing the judgement against the Respondent/defendant to pay all monetary damages due me a harmed and injured living man under " Common Law".

1

**WHEREFORE**, petitioner denies this court personam jurisdiction and moves this court to cease and desist with prejudice from all actions against petitioner for lack of constitutional authority and personam jurisdiction. Failure of the officers of this court to comply with the "Law of the Land"[1] and their oath[2] to the Law will result in further action in federal court charging 18 USC §241 conspiracy against Rights, 18 USC §242 deprivation of Rights, and restitution as required by common law, and Fraud upon the court via judicial machinery.[3]

SEAL

Dated 10/13/2020

In pro per

### NOTARY

Michigan State, Kent County on this 13th day of October 20 20 before me, the subscriber, personally appeared Keith A. Goodwin to me known to be the living (wo)man described in and who executed the forgoing instrument and sworn before me that (s)he executed the same as their free will act and deed.

ANDREA PEREZ
Notary Public - State of Michigan
County of Allegan
My Commission Expires May 15, 2024
Acting in the County of Kent

---

[1] **US Constitution Article VI Clause 2:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[2] **US Constitution Article VI Clause 3:** The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

[3] **Fraud upon the court:** In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "*Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted.*"



KEITH A. GOODWIN
1135 BENJAMIN AVE SE
GRAND RAPIDS MI 49506

17th CIRCUIT C
ATTN: JUDGE
180 OTTOWA
GRAND RAPIDS





**LISA POSTHUMUS LYONS**
COUNTY CLERK / REGISTER OF DEEDS

**CLERK OF THE 17th CIRCUIT COURT
KENT COUNTY COURTHOUSE**
180 OTTAWA AVENUE N.W., STE 2400
GRAND RAPIDS, MI 49503

ADDRESS SERVICE REQUESTED



RECEIVED (GR)
U.S. District Court Clerk
OCT 22 2020
Western Michigan



U.S. District Court

399 Federal Bldg
110 Michigan St NW
Grand Rapids, MI 49503

For Judge Jarbou