

# State of Michigan





### DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

*1. Country:*      **UNITED STATES OF AMERICA**

*This public document*

*2. has been signed by:*      **OLIVIA GEIGER**

*3. acting in capacity of:*      **Michigan Notary Public**

*4. bears the seal of:*      **OLIVIA GEIGER**

     **KENT County, Michigan**

## CERTIFIED:

*5. at* **Grand Rapids , Michigan**      *6. the* **27th of August, 2020**

*7. by* **Secretary of State, State of Michigan**

*8. NO.* **253702-2-652179-263**

*9. Seal/Stamp:*            *10. Signature:*

*Jocelyn Benson*

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

at to 40 Stat §411, Section 7(e) and 50 USC §4305 (b) (2). (Performance ceptance under reservation of rights).

## CERTIFICATE OF SERVICE

I, Keith A. Goodwin HEREBY CERTIFY that, on this 7th day of June 2020, a copy of the foregoing was emailed to: Paul L. Maloney **or mailed under UPU Postal Rules and Regulations Legal Subpoena by postal stamped Certified Mail.**

**From:** Keith A. Goodwin
Care of UPU, United States Post Office
Care of 1135 Benjamin Ave. S.E.
Grand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES  MILITARY ZONES
Telephone: 616-550-3463    Email: **kg3373@aol.com**

To: Judge Paul L. Maloney **ATTN: LEGAL TORT CLAIM PETITION DEPARTMENT – Lawsuit**
137 Federal Bldg, 410 W. Michigan Ave. Kalamazoo, MI 49007
Office Phone: (269)-381-4741
Case Manager: (269)-337-5700

*Claimant/Plaintiff,*  By: _____  DATE: 8/20/, **2020**

**JURAT**

State of Michigan          )
Kent County   ) ss

Sworn to (or affirmed) and subscribed before me on this 20th **day of** August **2020** by Keith Goodwin , proved to me on the basis of satisfactory evidence to be one of the people who appeared before me and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____ Signature of Notary Public

OLIVIA GEIGER
Notary Public - State of Michigan
County of Kent
My Commission Expires Jan 21, 2024
Acting in the County of Kent

My commission expires 1.21.2024

**VOID where prohibited by Law. All offers accepted pursuant to 40 Stat 411 Section (7) (e) and 50 USC §4305 (b) (2).**

10

# IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
## UNITED STATES DISTRICT COURT FOR THE WESTERN
## DISTRICT OF MICHIGAN SOURTHERN DIVISION

Keith A. Goodwin;                   )      **Case No: 1:20 -cv-00725**

            **Claimant/Plaintiff.**  )

_____     )

                           )

Judge Paul L. Maloney's;         )

                           )

       **Respondent/Defendant.**  )

                           )

                           )

## LIVING TESTIMONY IN FORM OF AFFIDAVIT OF TRUTH - IN COMMERCE

U.S. v. Kis, 658 F.2d 526, (7th Cir. 1981) "Indeed, no more than that is necessary to make the prima facie case." Id at 536.

Addressed to the below named Libellees in their official and individual personal capacities as Trustees of the people, to whom a Fiduciary relationship is contracted by OATH and for whom they must promptly act. Libellees listed in this document admit to the truth and guilt of having been NOTICED that Affiant had formally accepted Libellees Oaths of Office and Constitutions as by-laws, as offers to contract, creating said binding contract, under Oath, to provide protection of Constitutional Secured Rights on behalf of Affiant

Judge Paul L. Maloney
137 Federal Bldg.
410 W. Michigan Ave
Kalamazoo, MI 49007

Now Comes Affiant, Keith A. Goodwin who has first-hand knowledge of all facts enumerated in this Living Testimony Affidavit. Affiant places forth his Commercial Liability and makes his common law claim for damages against all conspirators named above, compounding now, in excess of thirty million silver dollars for the injuries that he has suffered over the past almost one year as a result of corporate public servant employees fraudulent behavior and misconduct. In the United States before any Court can have the authority to hear a case, the court must have both in-personam and subject matter jurisdiction. Therefore, this court has no authority to proceed without consent of the persons involved. However, it appears

1

the United States Attorney's Mathew Schneider, Zak Toomey, Judge Janet Neff and Judge Paul Denefeld has fraudulently removed Case No. 20-40250-CZ into Federal Court without consent with the illegal intent, having been stated by the Respondent *"Have This Case Dismissed"*. The Affiant finds it unnecessary to remove the case to Federal Court to motion for dismissal when you can just as easily commit your fraud and criminal acts in the 17th Circuit State Court. As stated, time and time again, the nature of this lawsuit is that of "Common Law" and is subject to "Common Law Court of Record" no matter where the physical location may be. You may *"fraudulently"* remove the case from State Court, but the case has *"Not"* been removed from "Common Law Court of Record". Judge Janet Neff may *"act outside jurisdiction"* to hear and dismiss this case in Federal Court, but the case has *"Not"* been heard *"Nor"* dismissed in "Common Law Court of Record". I am perplexed to know why it is corporate employees appear to have no intent to fulfill the oath of office they have sworn to uphold. As practitioners of law I'm sure you know what **LACK – OF-- JURIS -- DICTION** means.  As stated in the lawsuit *"This is "Common Law", and because it is common law Case No. 20-04250-CZ is still a live ball and the ball is in my court."* The difference is *(Pun Intended This Time)*.

## HEAR YE HEAR YE: COMMON LAW COURT OF RECORD IS NOW IN SESSION

The Claimant now presents a Living Testimony of Truth in Commerce in the form of Affidavit which is administered under Common Law. Because of fraudulent acts that have been perpetrated by corporate employees "acting under color of law", not only do we have the Respondent being held liable, but corporate employees that have made the poor decision through misconduct become libellees and co-conspirators as well. This Truth in Commerce Affidavit being conducted under Common Law has instructions and provides the Respondent and all co-conspirators the opportunity to perform their duties and obey their Oaths of Office they have sworn to uphold. Seeing that lack of jurisdiction and many other criminal acts alleged cannot be decided by the court being challenged, it must make its argument and rebuttals in a court of record. The affidavit of truth in commerce proceedings provides the *"Purist Form"* of *"Fair"* and *"Impartial"* hearing for argument and rebuttal in Common Law and provides a remedy and safe haven against corporate employees who are attempting to subvert the inalienable rights of the Claimant aka American people they have sworn with an oath to protect.

Instructions

**Guaranteed -** All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

This Affidavit is filed pursuant 42 USC 1985(2) , and by the authority of Art.1§ 13 Conduct of suits in person or by counsel and nature of Quo Warranto; Ames v. Kansas, 111 U.S. 449;

- Libellees are encouraged to study this AFFIDAVIT thoroughly and carefully before making any counter Affidavit.

- This is a LAWFUL NOTICE. It informs you. It means what it says and says what it means.
- NOTICE, vicarious liability, a form of a strict, secondary liability that arises under the common law doctrine of agency, imposes liability on one person for a tortious act committed by another for which all libellees are at risk.
- A number of contexts expressed in this instrument in which joint, and several liabilities arise and SILENCE to such is FRAUD.
- It is stipulated that all exhibits attached are to be understood as being incorporated herein as if written verbatim within this affidavit.
- It is to be understood that "All Living Testimony in the form of Affidavits of Truth in Commerce" are on file at the Secretary of State office. All following FACTS are itemized point for point.
- **Attached you will find these "Presentments":**
  1. An order presented to Respondent Judge Paul L. Maloney
  2. An Unsigned "Notice of Hearing" with printed Thomas L. Dorwin, Clerk.

- All Presentments are NOT accepted and are being returned without dishonor pursuant to the Authority of RSA 382-A: 3-501(b)(2) which specifically enumerates "(2) Upon demand of the person [ie: this affiant]whom presentment is made, the person making presentment must (i) exhibit the instrument, (ii) give reasonable identification and, if presentment is made on behalf of another person, reasonable evidence of authority to do so…" The Uniform Commercial Code, RSA 382-A is the superior authority for all commercial transactions made by the employees of corporate government in connection with the people as there is no lawful money in circulation. The Clearfield Doctrine mandates governments use of Commercial paper to **"Achieve Equal Standing".**
- The following stare decisis found in 19A Words and Phrases Permanent Edition (West) pocket) Part 94; 8 F.3d 226, 235 will be applied to the instant case 1:20-cv-00725 for Judgement in favor of the Affiant:
- In the pure Maxims of Laws of Commerce, the eternal and unchanging principles are;
  1. A WORKMAN IS WORTHY OF HIS HIRE. Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. Legal maxim: "It is against equity for freemen not to have the free disposal of their own property."

  2. All are equal under the law (God's Law-Moral and Natural Law). Authorities: Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. Legal maxims: "No one is above the law."; "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few."

  3. In commerce, truth is sovereign. See Exodus 20:16; Psalm 117:2; John 8:32; II Cor. 13:8. Truth Rules, Your Word is your Bond.

  4. TRUTH IS EXPRESSED BY FORM OF AN AFFIDAVIT. (Lev. 5:4- 5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

3

5. AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. (12 Pet. 1:25; Heb. 6:13-15;) Affidavit is the highest form of truth. Legal Maxim: "He who does not deny, admits."

6. AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE. (Heb. 6:16 17 ;). Nihil Dicit

7. IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). Legal Maxim: "He who fails to assert his rights has none.)

8. HE WHO LEAVES THE BATTLEFIELD FIRST (Does Not Respond to the Affidavit) LOSES BY DEFAULT. Mat. 10:22; Legal Maxim: "He who does not repel a wrong when he can, occasions it".

1. Affiant makes demand for prosecution and enforcement of law upon all the guilty public servants named and un named co-conspirators in this Affidavit and those Affidavits filed with the Secretary of State and in the exhibits attached. It is a FACT that failure to do so will be an "Obstruction of Justice".

2. "Notice to Principle is Notice to Agent; Notice to Agent is Notice to Principle". The Secretary of State is the "principle" for the corporate executive branch that must produce evidence that it has obtained personal and subject matter jurisdiction over this Affiant "Not Judge Janet Neff". Further, it is a fact that the Affiant has been a victim of FRAUD(See Nudd v. Burrows, 91 US 416,"Fraud destroys the validity of everything into which it enters. It affects fatally even the most solemn judgments and decrees". And Bankrupt Act, sect. 35; 1 Story's Eq., sect. 252; Freeman on Judgments, sect. 486. also see United States  v. Throckmorton, 98 U.S. 61.

3. It is FACTY that this Affiant, complied with "Common Law Court of Record" and requested a speedy trial by jury and was denied by the Respondent who lacked jurisdiction threw the case out  although right to a trial by jury shall be preserved **5th & 7th Amendment**. It is also FACTY The Respondent and all co-conspirators has committed fraud in factum Respondents and co-conspirators, again acting under color of law, lacking jurisdiction having no agreement or consent from the Affiant, removed this case without the Affiants consent or inclusion they just decided to commit fraud. The following stare decisis apply; Hafer v. Melo, 502 US 21 : "US Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted.", Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974), "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."; Warnock v Pecos County, Texas, 116 F. 3d 776 - No.96-50869 Summary Calendar. July 3, 1997. It is

4

stipulated that all exhibits attached are to be understood as being incorporated herein as if written verbatim within this affidavit.

4. Further, the Authority to exit "corporate jurisdiction" by the Affiant is enumerated in Title 8, Section 1481(A)(2) which expresses." taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or…" Thus this Affiant has established his political and civil status of being a Freeborn American Sovereign, using the Remedy and Recourse provide by Statutes. See Colten v. Kentucky (1972) 407 U.S. 104, 122, 92 S. Ct. 1953 states; "The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." Respondents and co-conspirators, again acting under color of law, lacking jurisdiction having no consent from Affiant, to remove this case when it was made clear the Affiants **"WISHES"** were to my public servants to remain in state court of record.(**Exhibit A**) " Julliard v Greenman, 110 U.S. 421, (1884), states, "There is no such thing as a power of inherent sovereignty in the government of the United States... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: all else is withheld." Perry v United States, 294 U.S. 330, 353 (1935), states "The Congress cannot revoke the Sovereign power of the people to override itself as thus declared." McCullock v. Maryland, 4 Wheat 316, 404, 405, states "In the United States, Sovereignty resides in the people, who act through the organs established by the Constitution. "Yick Wo v. Hopkins, 118 US 356 @370 "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but, in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power." Further, the removal of this case is without consent, the case of CRUDEN v. NEALE, 2 N.C 338, 2 SE 70, is specific regarding "Consent"; "every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." The United States District Court for the Western District of Michigan Southern Division does not have standing to determine Affiants political or civil status. "Freedom from dictation, constraint, or control in matters affecting the conscience, …not inconsistent with the peace and good order of society and the general welfare. Affiant is a living man standing on dry soil, on dry ground, on dry land in Michigan the Republic under Common Law, a Part II, Article 30 "Inhabitant". The individual [sovereign] may stand upon his constitutional rights as a citizen.

5. In Michigan and as a "State Citizen" and "Legally Registered Private Banker" **(EXHIBIT B)** are voluntarily expatriated from any allegiance, obligation, or association with the corporation doing business as the UNITED STATES and equally expatriated from any allegiance, obligation, or association with the corporation doing business as THE UNITED STATES OF AMERICA. It was fraud to not hear the affiant's case against the corporations and lack of jurisdiction to throw the case out of common law court of record. **(EXHIBIT C)**The constitutional theory is the respondent and co-conspirators by unlawfully throwing the case out and removing the case without consent has ultimately stolen the Affiants aka American people's money and property committing High Treason, High

Felony Fraud and Grand Theft and Larceny, on behalf of a the corporation dba UNITED STATES and/or THE UNITED STATES OF AMERICA and not working on behalf of the American people whom you have sworn with an oath to protect. When this happens, the Public official is outside jurisdiction and is a state actor for he is acting as a Corporate Officer in defense of corporate wellbeing and not a State Official looking after the American people. 8 U.S. Code § 1481(a)(2)(3a)(4a)(7)

"All persons in the United States are chargeable with knowledge of the Statutes-atLarge... It is well established that anyone who deals with the government assumes the risk that the agent acting in the Government's behalf has exceeded the bounds of his authority," Bollow v. Federal Reserve Bank of San Francisco, 650 F.2d. 1093 (9th Cir. 1981]

"A corporation is not a citizen within the meaning of that provision of the Constitution, which declares that the citizens of each State shall be entitled to all the privileges and immunities of citizens of the several States. Special privileges enjoyed by citizens in their own States are not secured in other States by this provision such as grants of corporate existence and powers. States may exclude a foreign corporation entirely or they may exact such security for the performance of its contracts with their citizens as, in their judgment, will best promote the public interest." [Paul v. Virginia, 8 Wall (U.S.) 168; 19 L. Ed 357 (1868) U.S. Supreme Court, Chisholm v. Georgia, 2 U.S. 2 Dall. 419 419 (1793) MERRITT v. HUNTER, United States Court of Appeals Tenth Circuit, 170 F.2d 739, November 5, 1948.

MERRITT v. HUNTER, United States Court of Appeals Tenth Circuit, 170 F.2d 739, November 5, 1948."It is only when failure to observe this safeguard amounts to denial of due process, that the court is deprived of jurisdiction."

Wyoming v. Oklahoma, 502 U.S. 437 (1992)"Whenever it appears ... that the court lacks jurisdiction of the subject matter, the court shall dismiss the action "Jenkins v. McKeithen, 395 U.S. 411 (1969 )

Scott v. Sandford, 60 U.S. 393 (1856) Security Trust Co. v. Black River National Bank, 187 U.S. 211 (2002; "The act of 1875, in placing upon the trial court the duty of enforcing the statutory limitations as to jurisdiction by dismissing or remanding the cause at any time when the lack of jurisdiction appears, applies to both actions at law and suits in equity." Mc Nutt v. General Motors Acceptance Corp. 298 U.S. 178, 189 (1936) Hague v. Committee for Industrial Organization Et. Al., 307 U.S. 496 (59 S.Ct. 954, 83 L.Ed. 1423 (1939) United States v. New York Telephone Co., 434 U.S. 159, 98 S.Ct. 36454 L.Ed. 2d 376 (1977) Chapman v. Houston Welfare Rights Organization Et. Al., 441 U.S. 600, 99 S.Ct. 1905, 60 L.Ed. 2d 508 (1979) Cannon v. University Chicago Et. Al., 441 U.S. 677, 99 S.Ct. 1946, 60 L.Ed. 2d 560 (1979) Patsy v. Board Regents State Florida, 457 U.S. 496, 102 S.Ct. 2557, 73 L.Ed.2d 172 (1982) Merrill Lynch v. Curran Et Al., 456 U.S. 353, 102 S.Ct. 1825, 72 L.Ed.2d 182, 50 U.S.L.W. 4457 (1982) Insurance Corporation Ireland v. Compagnie Des Bauxites De Guinee, 456 U.S. 694, 102 S.Ct. 2099, 72 L.Ed.2d 492, 50 U.S.L.W. 4553 (1982) Matt T. Kokkonen v. Guardian Life Insurance Company America, 128 L.Ed.2d 391, 62 U.S.L.W. 4313 (1994)

Elliot v. Piersol, 26 US 328 @ Page 340 "But if it act without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal, in opposition to them. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers. The rights of the individual are not derived from governmental agencies, either municipal, state or federal, or even from the Constitution. They exist inherently in every man, by endowment of the Creator, and are merely reaffirmed in the Constitution, and restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. The people's rights are not derived from the government, but the government's authority comes from the people.*946 The Constitution but states again these rights already existing, and when legislative encroachment by the nation, state, or municipality invade these original and permanent rights, it is the duty of the courts to so declare, and to afford the necessary relief. The fewer restrictions that surround the individual liberties of the citizen, except those for the preservation of the public health, safety, and morals, the more contented the people and the more successful the democracy."

City of Dallas v Mitchell, 245 S.W. 944 (1922) "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action."

Melo v. US , 505 F2d 1026. "There is no discretion to ignore that lack of jurisdiction."

Joyce v. US , 474 F2d 215. "The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert , 469 F2d 416. "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."

Lantana v. Hopper, 102 F2d 188; Chicago v. New York , 37 F Supp 150. "A universal principle as old as the law is that proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property."

Norwood v. Renfield , 34 C 329; Ex parte Giambonini , 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio"

In Re Application of Wyatt , 300 P. 132; Re Cavitt , 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."

Rescue Army v. Municipal Court of Los Angeles , 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S. Ct. 1409. "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction."

7

Schomig v. Kaiser , 189 Cal 596. "When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially".

Thompson v. Smith , 154 SE 583. "A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US , 568 F2d 284.

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."

Burns v. Sup. Ct. , SF, 140 Cal. 1. "The elementary doctrine that the constitutionality of a legislative act is open to attack only by persons whose rights are affected thereby, applies to statute relating to administrative agencies, the validity of which may not be called into question in the absence of a showing of substantial harm, actual or impending, to a legally protected interest directly resulting from the enforcement of the statute."

Board of Trade v. Olson, 262 US 1; 29 ALR 2d 1051.. Chicago v. New York, 37 F Supp. 150."The law provides that once State and Federal Jurisdiction has been challenged, it must be proven."

Maine v. Thiboutot, 100 S. Ct. 2502 (1980)."Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided."

Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal."

Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985) "Once challenged, jurisdiction cannot be assumed, it must be proved to exist."

Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2d 389. " Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void, ab initio."

In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."

8

Kent vs. Dules,  357 US 116 (1958). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority."

--Connolly vs. Union Sewer Pipe Co.184 US 540  "The claim & exercise of a constitutional right cannot be converted into a crime."

Miller vs. U.S., F486, 489  Pennsylvania v. Coxe, 4 U.S. 170, 192, "Stare decisis , is a maxim to be held forever sacred, on questions of property.";

Cook v. Moffat, 46 U.S. 295, 309, "So far … as the present case is concerned, the court do not think it necessary or prudent to depart from the safe maxim of stare decisis ."

Bienville Water Supply Co. v. City of Mobile, 186 U.S. 212, 217,"We may, on the principle of stare decisis , rightfully examine and consider the decision in the former case as affecting the consideration of this.".

This affidavit complies with all known rules of evidence Rule 301 FRCP & Rule 36 FRCP. It is understood to be accurate with known FACTS and stare decisis as unconditionally proved. There is an express stipulation that silence and failure to rebut, point for point, for all issues and stare decisis expressed herein within 15 days from the date "stamped received" by the Secretary of State Office for recording; will be understood as  a confession and acceptance, as well as tacit acquiescence of all FACTS  herein enumerated. Such Silence will, by ignoring this Affidavit, be understood as a confession of the truths enumerated and acceptance of all facts enumerated herein, including nonfeasance. The doctrine of estoppels will automatically toll and prevail, pursuant to; Carmen v. Bowen, 64 A.932 (1906) "Government officers and agents are required to affirmatively prove whatever authority they claim.  In the absence of proof, they may be held personally accountable for loss, injury and damages". Ryder v United States, 115 S. Ct. 2031,

**I,** Keith A. Goodwin,  non-Attorney and Claimant/Plaintiff, with first-hand knowledge as a harmed and Injured Criminal Fraud Victim, competent first hand witness with Facts claims and say here, and will verify the facts in open court of record that all herein be true. **All offers are accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50 USC §4305 (b) (2).**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep current address on file with the Clerk's Office may result in the dismissal of my case.

Sincerely,

**By:** _____          **Date:** _8/10/2020_

, in this Court of Record, with first-hand knowledge as a harmed and Injured victim, competent first hand witness claims with *Reservation of Rights,* U.C.C. **1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and** *Michigan Reservation of Rights (Section 440.1308).* **All offers are accepted for honor**

9

# State of Michigan



### DEPARTMENT OF STATE

## *APOSTILLE*

*(Convention de La Haye du 5 Octobre 1961)*

**1. Country:**                 **UNITED STATES OF AMERICA**

*This public document*

**2. has been signed by:**        **OLIVIA GEIGER**

**3. acting in capacity of:**      **Michigan Notary Public**

**4. bears the seal of:**          **OLIVIA GEIGER**

                                   **KENT County, Michigan**

## *CERTIFIED:*

**5. at Grand Rapids , Michigan      6. the 27th of August, 2020**

**7. by Secretary of State, State of Michigan**

**8. NO.  253702-2-652179-263**

**9. Seal/Stamp:**                    **10. Signature:**



*Jocelyn Benson*

This certification attests only to the authenticity of the signature of the official
who signed the affixed document, the capacity in which that official acted, and
where appropriate, the identity of the seal or stamp which the document bears.
This certification is not intended to imply that the contents of the document are
correct, nor that they have the approval of the State of Michigan.

**...t to 40 Stat §411, Section 7(e) and 50 USC §4305 (b) (2).** (Performance ...ceptance under reservation of rights).

## CERTIFICATE OF SERVICE

I, Keith A. Goodwin HEREBY CERTIFY that, on this 7th day of June

2020, a copy of the foregoing was emailed to: Paul L. Maloney **or mailed under**

**UPU Postal Rules and Regulations Legal Subpoena by postal stamped**

**Certified Mail.**

**From:** Keith A. Goodwin
Care of UPU, United States Post Office
Care of 1135 Benjamin Ave. S.E.
Grand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES MILITARY ZONES
Telephone: 616-550-3463  Email: **kg3373@aol.com**

To: Judge Paul L. Maloney **ATTN: LEGAL TORT CLAIM PETITION
DEPARTMENT – Lawsuit**
137 Federal Bldg, 410 W. Michigan Ave. Kalamazoo, MI 49007
Office Phone: (269)-381-4741
Case Manager: (269)-337-5700

*Claimant/Plaintiff,* By: _____ DATE: 8/20/, **2020**

**JURAT**

State of Michigan        )
Kent County   ) ss

Sworn to (or affirmed) and subscribed before me on this _20th_ **day of**
___August___ **2020** by _Keith Goodwin_, proved to me on the basis of
satisfactory evidence to be one of the people who appeared before me and executed
the forgoing instrument for the purpose stated therein and acknowledged that said
execution was by his free act and deed.

_____ Signature of Notary Public

My commission expires ___1.21.2024___

OLIVIA GEIGER
Notary Public - State of Michigan
County of Kent
My Commission Expires Jan 21, 2024
Acting in the County of Kent

**VOID where prohibited by Law. All offers accepted pursuant to 40 Stat 411
Section (7) (e) and 50 USC §4305 (b) (2).**

10

**IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF MICHIGAN SOURTHERN DIVISION**

**Case No: 1:20 -cv-00725**

Keith A. Goodwin;                                       )

Claimant/Plaintiff.  )

_____                        )

                                                       )

Judge Paul L. Maloney's;                               )

                                                       )

Respondent/Defendant.  )

                                                       )

                                                       )

# LIVING TESTIMONY IN FORM OF AFFIDAVIT OF TRUTH - IN COMMERCE

U.S. v. Kis, 658 F.2d 526, (7th Cir. 1981) "Indeed, no more than that is necessary to make the prima facie case." Id at 536.

Addressed to the below named Libellees in their official and individual personal capacities as Trustees of the people, to whom a Fiduciary relationship is contracted by OATH and for whom they must promptly act. Libellees listed in this document admit to the truth and guilt of having been NOTICED that Affiant had formally accepted Libellees Oaths of Office and Constitutions as by-laws, as offers to contract, creating said binding contract, under Oath, to provide protection of Constitutional Secured Rights on behalf of Affiant

Judge Paul L. Maloney
137 Federal Bldg.
410 W. Michigan Ave
Kalamazoo, MI 49007

Now Comes Affiant, Keith A. Goodwin who has first-hand knowledge of all facts enumerated in this Living Testimony Affidavit. Affiant places forth his Commercial Liability and makes his common law claim for damages against all conspirators named above, compounding now, in excess of thirty million silver dollars for the injuries that he has suffered over the past almost year as a result of corporate public servant employees fraudulent behavior and misconduct. In the United States before any Court can have the authority to hear a case, the court must have both in-personam and subject matter jurisdiction. Therefore, this court has no authority to proceed without consent of the persons involved. However, it appears

1

the United States Attorney's Mathew Schneider, Zak Toomey, Judge Janet Neff and Judge Paul Denefeld has fraudulently removed Case No. 20-40250-CZ into Federal Court without consent with the illegal intent, having been stated by the Respondent *"Have This Case Dismissed"*. The Affiant finds it unnecessary to remove the case to Federal Court to motion for dismissal when you can just as easily commit your fraud and criminal acts in the 17th Circuit State Court. As stated, time and time again, the nature of this lawsuit is that of "Common Law" and is subject to "Common Law Court of Record" no matter where the physical location may be. You may *"fraudulently"* remove the case from State Court, but the case has *"Not"* been removed from "Common Law Court of Record". Judge Janet Neff may *"act outside jurisdiction"* to hear and dismiss this case in Federal Court, but the case has *"Not"* been heard *"Nor"* dismissed in "Common Law Court of Record". I am perplexed to know why it is corporate employees appear to have no intent to fulfill the oath of office they have sworn to uphold. As practitioners of law I'm sure you know what **LACK – OF-- JURIS -- DICTION** means. As stated in the lawsuit *"This is "Common Law", and because it is common law Case No. 20-04250-CZ is still a live ball and the ball is in my court."* The difference is *(Pun Intended This Time)*.

## HEAR YE HEAR YE: COMMON LAW COURT OF RECORD IS NOW IN SESSION

The Claimant now presents a Living Testimony of Truth in Commerce in the form of Affidavit which is administered under Common Law. Because of fraudulent acts that have been perpetrated by corporate employees "acting under color of law", not only do we have the Respondent being held liable, but corporate employees that have made the poor decision through misconduct become libellees and co-conspirators as well. This Truth in Commerce Affidavit being conducted under Common Law has instructions and provides the Respondent and all co-conspirators the opportunity to perform their duties and obey their Oaths of Office they have sworn to uphold. Seeing that lack of jurisdiction and many other criminal acts alleged cannot be decided by the court being challenged, it must make its argument and rebuttals in a court of record. The affidavit of truth in commerce proceedings provides the *"Purist Form"* of *"Fair"* and *"Impartial"* hearing for argument and rebuttal in Common Law and provides a remedy and safe haven against corporate employees who are attempting to subvert the inalienable rights of the Claimant aka American people they have sworn with an oath to protect.

Instructions

**Guaranteed -** All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

This Affidavit is filed pursuant 42 USC 1985(2) , and by the authority of Art.1§ 13 Conduct of suits in person or by counsel and nature of Quo Warranto; Ames v. Kansas, 111 U.S. 449;

- Libellees are encouraged to study this AFFIDAVIT thoroughly and carefully before making any counter Affidavit.

2

- This is a LAWFUL NOTICE. It informs you. It means what it says and says what it means.
- NOTICE, vicarious liability, a form of a strict, secondary liability that arises under the common law doctrine of agency, imposes liability on one person for a tortious act committed by another for which all libellees are at risk.
- A number of contexts expressed in this instrument in which joint, and several liabilities arise and SILENCE to such is FRAUD.
- It is stipulated that all exhibits attached are to be understood as being incorporated herein as if written verbatim within this affidavit.
- It is to be understood that "All Living Testimony in the form of Affidavits of Truth in Commerce" are on file at the Secretary of State office. All following FACTS are itemized point for point.
- **Attached you will find these "Presentments":**
  1. An order presented to Respondent Judge Paul L. Maloney
  2. An Unsigned "Notice of Hearing" with printed Thomas L. Dorwin, Clerk.

- All Presentments are NOT accepted and are being returned without dishonor pursuant to the Authority of RSA 382-A: 3-501(b)(2) which specifically enumerates "(2) Upon demand of the person [ie: this affiant]whom presentment is made, the person making presentment must (i) exhibit the instrument, (ii) give reasonable identification and, if presentment is made on behalf of another person, reasonable evidence of authority to do so…" The Uniform Commercial Code, RSA 382-A is the superior authority for all commercial transactions made by the employees of corporate government in connection with the people as there is no lawful money in circulation. The Clearfield Doctrine mandates governments use of Commercial paper to **"Achieve Equal Standing".**
- The following stare decisis found in 19A Words and Phrases Permanent Edition (West) pocket) Part 94; 8 F.3d 226, 235 will be applied to the instant case 1:20-cv-00725 for Judgement in favor of the Affiant:
- In the pure Maxims of Laws of Commerce, the eternal and unchanging principles are;
  1. A WORKMAN IS WORTHY OF HIS HIRE. Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. Legal maxim: "It is against equity for freemen not to have the free disposal of their own property."

  2. All are equal under the law (God's Law-Moral and Natural Law). Authorities: Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. Legal maxims: "No one is above the law."; "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few."

  3. In commerce, truth is sovereign. See Exodus 20:16; Psalm 117:2; John 8:32; II Cor. 13:8. Truth Rules, Your Word is your Bond.

  4. TRUTH IS EXPRESSED BY FORM OF AN AFFIDAVIT. (Lev. 5:4- 5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

5. AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE. (12 Pet. 1:25; Heb. 6:13-15;) Affidavit is the highest form of truth. Legal Maxim: "He who does not deny, admits."

6. AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE. (Heb. 6:16 17 ;). Nihil Dicit

7. IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED. (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). Legal Maxim: "He who fails to assert his rights has none.)

8. HE WHO LEAVES THE BATTLEFIELD FIRST (Does Not Respond to the Affidavit) LOSES BY DEFAULT. Mat. 10:22; Legal Maxim: "He who does not repel a wrong when he can, occasions it".

1. Affiant makes demand for prosecution and enforcement of law upon all the guilty public servants named and un named co-conspirators in this Affidavit and those Affidavits filed with the Secretary of State and in the exhibits attached. It is a FACT that failure to do so will be an "Obstruction of Justice".

2. "Notice to Principle is Notice to Agent; Notice to Agent is Notice to Principle". The Secretary of State is the "principle" for the corporate executive branch that must produce evidence that it has obtained personal and subject matter jurisdiction over this Affiant "Not Judge Janet Neff". Further, it is a fact that the Affiant has been a victim of FRAUD(See Nudd v. Burrows, 91 US 416,"Fraud destroys the validity of everything into which it enters. It affects fatally even the most solemn judgments and decrees". And Bankrupt Act, sect. 35; 1 Story's Eq., sect. 252; Freeman on Judgments, sect. 486. also see United States v. Throckmorton, 98 U.S. 61.

3. It is FACTY that this Affiant, complied with "Common Law Court of Record" and requested a speedy trial by jury and was denied by the Respondent who lacked jurisdiction threw the case out although right to a trial by jury shall be preserved **5ᵗʰ & 7ᵗʰ Amendment**. It is also FACTY The Respondent and all co-conspirators has committed fraud in factum Respondents and co-conspirators, again acting under color of law, lacking jurisdiction having no agreement or consent from the Affiant, removed this case without the Affiants consent or inclusion they just decided to commit fraud. The following stare decisis apply; Hafer v. Melo, 502 US 21 : "US Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted.", Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974), "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."; Warnock v Pecos County, Texas, 116 F. 3d 776 - No.96-50869 Summary Calendar. July 3, 1997. It is

4

stipulated that all exhibits attached are to be understood as being
incorporated herein as if written verbatim within this affidavit.

4. Further, the Authority to exit "corporate jurisdiction" by the Affiant is
enumerated in Title 8, Section 1481(A)(2) which expresses." taking an
oath or making an affirmation or other formal declaration of allegiance to
a foreign state or a political subdivision thereof, after having attained the
age of eighteen years; or…" Thus this Affiant has established his political
and civil status of being a Freeborn American Sovereign, using the
Remedy and Recourse provide by Statutes. See Colten v. Kentucky (1972)
407 U.S. 104, 122, 92 S. Ct. 1953 states; "The constitutional theory is that
we the people are the sovereigns, the state and federal officials only our
agents." Respondents and co-conspirators, again acting under color of law,
lacking jurisdiction having no consent from Affiant, to remove this case
when it was made clear the Affiants **"WISHES"** were to my public
servants to remain in state court of record.(**Exhibit A**) " Julliard v
Greenman, 110 U.S. 421, (1884), states, "There is no such thing as a
power of inherent sovereignty in the government of the United States... In
this country sovereignty resides in the people, and Congress can exercise
no power which they have not, by their Constitution entrusted to it: all else
is withheld." Perry v United States, 294 U.S. 330, 353 (1935), states "The
Congress cannot revoke the Sovereign power of the people to override
itself as thus declared." McCullock v. Maryland, 4 Wheat 316, 404, 405,
states "In the United States, Sovereignty resides in the people, who act
through the organs established by the Constitution. "Yick Wo v. Hopkins,
118 US 356 @370 "Sovereignty itself is, of course, not subject to law, for
it is the author and source of law; but, in our system, while sovereign
powers are delegated to the agencies of government, sovereignty itself
remains with the people, by whom and for whom all government exists
and acts. And the law is the definition and limitation of power." Further,
the removal of this case is without consent, the case of CRUDEN v.
NEALE, 2 N.C 338, 2 SE 70, is specific regarding "Consent"; "every man
is independent of all laws, except those prescribed by nature. He is not
bound by any institutions formed by his fellowmen without his consent."
The United States District Court for the Western District of Michigan
Southern Division does not have standing to determine Affiants political
or civil status. "Freedom from dictation, constraint, or control in matters
affecting the conscience, …not inconsistent with the peace and good order
of society and the general welfare. Affiant is a living man standing on dry
soil, on dry ground, on dry land in Michigan the Republic under Common
Law, a Part II, Article 30 "Inhabitant". The individual [sovereign] may
stand upon his constitutional rights as a citizen.

5. In Michigan and as a "State Citizen" and "Legally Registered Private
Banker" **(EXHIBIT B)** are voluntarily expatriated from any allegiance,
obligation, or association with the corporation doing business as the
UNITED STATES and equally expatriated from any allegiance, obligation,
or association with the corporation doing business as THE UNITED
STATES OF AMERICA. It was fraud to not hear the affiant's case against
the corporations and lack of jurisdiction to throw the case out of common
law court of record. **(EXHIBIT C)**The constitutional theory is the
. respondent and co-conspirators by unlawfully throwing the case out and
removing the case without consent has ultimately stolen the Affiants aka
American people's money and property committing High Treason, High

Felony Fraud and Grand Theft and Larceny, on behalf of a the corporation dba UNITED STATES and/or THE UNITED STATES OF AMERICA and not working on behalf of the American people whom you have sworn with an oath to protect. When this happens, the Public official is outside jurisdiction and is a state actor for he is acting as a Corporate Officer in defense of corporate wellbeing and not a State Official looking after the American people. 8 U.S. Code § 1481(a)(2)(3a)(4a)(7)

"All persons in the United States are chargeable with knowledge of the Statutes-atLarge... It is well established that anyone who deals with the government assumes the risk that the agent acting in the Government's behalf has exceeded the bounds of his authority," Bollow v. Federal Reserve Bank of San Francisco, 650 F.2d. 1093 (9th Cir. 1981]

"A corporation is not a citizen within the meaning of that provision of the Constitution, which declares that the citizens of each State shall be entitled to all the privileges and immunities of citizens of the several States. Special privileges enjoyed by citizens in their own States are not secured in other States by this provision such as grants of corporate existence and powers. States may exclude a foreign corporation entirely or they may exact such security for the performance of its contracts with their citizens as, in their judgment, will best promote the public interest." [Paul v. Virginia, 8 Wall (U.S.) 168; 19 L. Ed 357 (1868) U.S. Supreme Court, Chisholm v. Georgia, 2 U.S. 2 Dall. 419 419 (1793) MERRITT v. HUNTER, United States Court of Appeals Tenth Circuit, 170 F.2d 739, November 5, 1948.

MERRITT v. HUNTER, United States Court of Appeals Tenth Circuit, 170 F.2d 739, November 5, 1948."It is only when failure to observe this safeguard amounts to denial of due process, that the court is deprived of jurisdiction."

Wyoming v. Oklahoma, 502 U.S. 437 (1992)"Whenever it appears ... that the court lacks jurisdiction of the subject matter, the court shall dismiss the action "Jenkins v. McKeithen, 395 U.S. 411 (1969 )

Scott v. Sandford, 60 U.S. 393 (1856) Security Trust Co. v. Black River National Bank, 187 U.S. 211 (2002; "The act of 1875, in placing upon the trial court the duty of enforcing the statutory limitations as to jurisdiction by dismissing or remanding the cause at any time when the lack of jurisdiction appears, applies to both actions at law and suits in equity." Mc Nutt v. General Motors Acceptance Corp. 298 U.S. 178, 189 (1936) Hague v. Committee for Industrial Organization Et. Al., 307 U.S. 496 (59 S.Ct. 954, 83 L.Ed. 1423 (1939) United States v. New York Telephone Co., 434 U.S. 159, 98 S.Ct. 36454 L.Ed. 2d 376 (1977) Chapman v. Houston Welfare Rights Organization Et. Al., 441 U.S. 600, 99 S.Ct. 1905, 60 L.Ed. 2d 508 (1979) Cannon v. University Chicago Et. Al., 441 U.S. 677, 99 S.Ct. 1946, 60 L.Ed. 2d 560 (1979) Patsy v. Board Regents State Florida, 457 U.S. 496, 102 S.Ct. 2557, 73 L.Ed.2d 172 (1982) Merrill Lynch v. Curran Et Al., 456 U.S. 353, 102 S.Ct. 1825, 72 L.Ed.2d 182, 50 U.S.L.W. 4457 (1982) Insurance Corporation Ireland v. Compagnie Des Bauxites De Guinee, 456 U.S. 694, 102 S.Ct. 2099, 72 L.Ed.2d 492, 50 U.S.L.W. 4553 (1982) Matt T. Kokkonen v. Guardian Life Insurance Company America, 128 L.Ed.2d 391, 62 U.S.L.W. 4313 (1994)

Elliot v. Piersol, 26 US 328 @ Page 340 "But if it act without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal, in opposition to them. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers. The rights of the individual are not derived from governmental agencies, either municipal, state or federal, or even from the Constitution. They exist inherently in every man, by endowment of the Creator, and are merely reaffirmed in the Constitution, and restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. The people's rights are not derived from the government, but the government's authority comes from the people.*946 The Constitution but states again these rights already existing, and when legislative encroachment by the nation, state, or municipality invade these original and permanent rights, it is the duty of the courts to so declare, and to afford the necessary relief. The fewer restrictions that surround the individual liberties of the citizen, except those for the preservation of the public health, safety, and morals, the more contented the people and the more successful the democracy."

City of Dallas v Mitchell, 245 S.W. 944 (1922) "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action."

Melo v. US, 505 F2d 1026. "There is no discretion to ignore that lack of jurisdiction."

Joyce v. US, 474 F2d 215. "The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert, 469 F2d 416. "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."

Lantana v. Hopper, 102 F2d 188; Chicago v. New York, 37 F Supp 150. "A universal principle as old as the law is that proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property."

Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio"

In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."

Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S. Ct. 1409. "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction."

7

Schomig v. Kaiser , 189 Cal 596. "When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially".

Thompson v. Smith , 154 SE 583. "A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US , 568 F2d 284.

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."

Burns v. Sup. Ct. , SF, 140 Cal. 1. "The elementary doctrine that the constitutionality of a legislative act is open to attack only by persons whose rights are affected thereby, applies to statute relating to administrative agencies, the validity of which may not be called into question in the absence of a showing of substantial harm, actual or impending, to a legally protected interest directly resulting from the enforcement of the statute."

Board of Trade v. Olson, 262 US 1; 29 ALR 2d 1051.. Chicago  v. New York, 37 F Supp. 150."The law provides that once State and Federal Jurisdiction has been challenged, it must be proven."

Maine v. Thiboutot, 100  S. Ct. 2502 (1980)."Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided."

Basso v. Utah Power & Light Co., 495 F 2d 906, 910. "Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal."

Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985) "Once challenged, jurisdiction cannot be assumed, it must be proved to exist."

Stuck v. Medical Examiners,  94 Ca 2d 751. 211 P2d 389. " Norwood v. Renfield, 34 C 329;  Ex parte Giambonini, 49 P. 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void, ab initio."

In Re Application of Wyatt, 300 P. 132;  Re Cavitt, 118 P2d 846. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."

8

Kent vs. Dules, 357 US 116 (1958). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority."

--Connolly vs. Union Sewer Pipe Co.184 US 540 "The claim & exercise of a constitutional right cannot be converted into a crime."

Miller vs. U.S., F486, 489 Pennsylvania v. Coxe, 4 U.S. 170, 192, "Stare decisis , is a maxim to be held forever sacred, on questions of property.";

Cook v. Moffat, 46 U.S. 295, 309, "So far … as the present case is concerned, the court do not think it necessary or prudent to depart from the safe maxim of stare decisis ."

Bienville Water Supply Co. v. City of Mobile, 186 U.S. 212, 217,"We may, on the principle of stare decisis , rightfully examine and consider the decision in the former case as affecting the consideration of this.".

This affidavit complies with all known rules of evidence Rule 301 FRCP & Rule 36 FRCP. It is understood to be accurate with known FACTS and stare decisis as unconditionally proved. There is an express stipulation that silence and failure to rebut, point for point, for all issues and stare decisis expressed herein within 15 days from the date "stamped received" by the Secretary of State Office for recording; will be understood as a confession and acceptance, as well as tacit acquiescence of all FACTS herein enumerated. Such Silence will, by ignoring this Affidavit, be understood as a confession of the truths enumerated and acceptance of all facts enumerated herein, including nonfeasance. The doctrine of estoppels will automatically toll and prevail, pursuant to; Carmen v. Bowen, 64 A.932 (1906) "Government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for loss, injury and damages". Ryder v United States, 115 S. Ct. 2031,

**I,** Keith A. Goodwin, non-Attorney and Claimant/Plaintiff, with first-hand knowledge as a harmed and Injured Criminal Fraud Victim, competent first hand witness with Facts claims and say here, and will verify the facts in open court of record that all herein be true. **All offers are accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50 USC §4305 (b) (2).**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep current address on file with the Clerk's Office may result in the dismissal of my case.

Sincerely,

**By:** _____     **Date:** _8/20/2020_

, in this Court of Record, with first-hand knowledge as a harmed and Injured victim, competent first hand witness claims with *Reservation of Rights,* **U.C.C. 1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and** *Michigan Reservation of Rights (Section 440.1308).* **All offers are accepted for honor**

| STATE OF MICHIGAN | **Notice of Hearing** | Case Number |
|---|---|---|
| | | **1:20-cv-00725** |

**PLAINTIFF:** Full Name and Address

**DEFENDANT:** Full Name and Address

## NOTICE OF HEARING

A hearing on the Motion to/for_____will be held on_____
at_____am/pm before the Honorable                         at the :               Courthouse located at
                                         ,. f you require special accommodations to use
the court because of a disability please contact the court to make arrangements.

An interpreter who speaks _____is required for the Plaintiff / Defendant.
Attached is a completed Request and Order for Interpreter (MC 81).

This is a re-notice of hearing. This hearing was originally scheduled for_____ Date
                                        Signature

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the other party or their attorney by:
First class mail addressed to their last known address as directed by MCR 3.203.
Hand delivery as directed by MCR 2.107(C).

                          Thomas L. Dorwin
Date                      Signature

## ORDERED

## Keith Alexander Goodwin

# INVOICE

True Bill

**1135 Benjamin Ave. S.E.**
**Grand Rapids, Michigan,49506**          Date:  **08/14/2020**
**Phone Number 616-328-7973**             **Invoice No.: 141421**
**Bill To:**
Judge Paul L. Maloney
137 Federal Bldg.
410 W. Michigan Ave
Kalamazoo, MI 49007

| QTY | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 1 | **COMPENSATION for Disrespect of Banking Credentials & CAP Security** | $1,000,000.00 | $1,000,000.00 |
| | **COMPENSATION for Lack of Jurisdiction, Proceeding Unlawfully Committing Theft and Grand Larceny of Claimants Property, Money and Credit, Breaking an Oath violating Constitutional Laws, Statutes, Rules, Regulations and Unalienable Rights, RICO** | $25,000,000.00 | $25,000,000.00 |
| | | | $10,000,000.00 |
| | **Federal Court:** | $10,000,000.00 | |
| | **COMPENSATION for Extortion Under Armed Force $800.00 a month x3. From Oct 3, 2019 to Present Date** | | $36,000,000.00 |
| | **Subtotal:** | $36,000,000.00 | |