# State of Michigan



(EXHIBIT B)

## DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

**1. Country:**                UNITED STATES OF AMERICA

**This public document**

**2. has been signed by:**        **STEVEN SCHUTTER**

**3. acting in capacity of:**       **Michigan Notary Public**

**4. bears the seal of:**          **STEVEN SCHUTTER**

                    **KENT County, Michigan**

## CERTIFIED:

**5. at Grand Rapids , Michigan      6. the 27th of August, 2020**

**7. by Secretary of State, State of Michigan**

**8. NO.   253702-1-652177-263**

**9. Seal/Stamp:**                 **10. Signature:**

*Jocelyn Benson*

**Jocelyn Benson**

This certification attests only to the authenticity of the signature of the official
who signed the affixed document, the capacity in which that official acted, and
where appropriate, the identity of the seal or stamp which the document bears.
This certification is not intended to imply that the contents of the document are
correct, nor that they have the approval of the State of Michigan.

.e of 1135 Benjamin Ave. S.E.
Jrand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES   MILITARY ZONES
Telephone: 616-550-3463   Email: **kg3373@aol.com**

To: Judge Paul L. Maloney **ATTN: LEGAL TORT CLAIM PETITION
DEPARTMENT – Lawsuit**
137 Federal Bldg, 410 W. Michigan Ave. Kalamazoo, MI 49007
Office Phone: (269)-381-4741
Case Manager: (269)-337-5700

*Claimant/Plaintiff,* By: _____ DATE: 8/24, **2020**

**JURAT**

State of Michigan          )
Kent County   ) ss

Sworn to (or affirmed) and subscribed before me on this __24__ **day of**
___Hegust___ **2020** by __Keith Cavarick__, proved to me on the basis of
satisfactory evidence to be one of the people who appeared before me and executed
the forgoing instrument for the purpose stated therein and acknowledged that said
execution was by his free act and deed.

_____Signature of Notary Public, SEAL

STEVEN SCHUTTER
Notary Public – State of Michigan
County of Kent
My Commission Expires Mar 13, 2023
Acting in the County of __Kent__

My commission expires _March 13, 2023_
**VOID where prohibited by Law. All offers accepted pursuant to 40 Stat 411
Section (7) (e) and 50 USC §4305 (b) (2).**

8

EXHIBIT B

**IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF MICHIGAN SOURTHERN DIVISION**
Case No: 1:20 -cv-00725

| | | |
|---|---|---|
| Keith A. Goodwin; | ) | **United States District Court for the Western District of Michigan Southern Division:** |
| | ) | |
| Claimant/Plaintiff. | ) | **Judge Janet Neff, Presiding** |
| | ) | |
| Judge Paul L. Maloney's; | ) | **United States District Common Law Court of Record Law of the Land:** |
| | ) | **God Almighty, who is Presiding** |
| Respondent/Defendant. | ) | **Judge of All** |

## ORDER ADOPTING THE "LIVING TESTIMONY IN FORM OF AFFIDAVIT IN TRUTH AND COMMERCE"

Greeting, to this Common Law Court of Record and the Incorporated Court of the Western District Southern Division, "Common Law Court of Record" is now in session, God Almighty presiding. Let it be understood to all, Judges, Attorneys, Claimants and Respondents that you are *"Truly"* standing before the "Supreme Court". I will open by setting the stage, explaining were law and jurisdiction comes from and how we arrive at a judgement.

### WHERE LAW COMES FROM

All forms of law except Natural Law (Law of Gravity, Law of Heredity, etc.) comes from religion which ultimately comes from God. This is because religion establishes what you might consider "right" and "wrong" and that in turn establishes your Laws and values. As Paul stated in my bestselling book of all times:

*"Is the law sin? God forbid. Nay, I had not known sin, but by the law: for I had not known lust, except the law had said, Thou shalt not covet."*

*....Romans 7:7*

The Law of the Land here in the Western World is based on Mosaic Law of the Bible, which is common in Judaism, Christianity, and Islam.  The Ten Commandments is the *"Basis"* of the Law of the Land, which in this country you would refer to as American Common Law. The Constitution is also formed under Common Law and is called the "Law of the Land" so that the Federal Government may distinguish it as the "Law" they must obey when dealing with the American people.

On the other hand, Corporate Law is not the Law of the Land but the Law of the Sea (Admiralty) and is international in nature not domestic. It is Maritime "Commercial" Law and Admiralty which derived from the Satanic Law of Sumeria and the Phoenicians which is where the word "phony" comes from. This is the *"LEGAL"* system of the sea jurisdiction given by Satan as opposed to the *"LAWFUL"* system of the land which was given by God.  In comparing these two side by side, the Law of the Land which is derived from the Ten Commandments is based on "Truth". This is why you place your hand on the bible and swear before God with an Oath to tell the "TRUTH". And as you might expect, Corporate Law, the Law of the Sea is based on deceit, as it derives from the worship of Satan, the Father of All Lies and is also the reason as to why none of you have kept your Oath of Office. Now that I have established the origins of law and jurisdiction, we can now discuss this case with much clearer direction as to why this affidavit in commerce stand as undeniable truth in this court proceeding.

2

## UNDENIABLE TRUTH

All Corporate government *(Law of the Sea)* is based upon **Commercial** Affidavits, **Commercial** Bonds, **Commercial** Contracts, **Commercial** Liens and **Commercial** Distresses, **Commercial, Commercial, Commercial**. Hence, Corporate governments cannot exercise the power to expunge ***"Commercial"*** processes. Corporate Officer Judge Janet Neff does not have the authority or jurisdiction to expunge the process of the Commercial Affidavit presented by the Claimant. The Claimant Keith Goodwin who is *"My"* servant under "Common Law", is exercising his *"Constitutional Right"* to require an account of *"His"* public servant the Respondent Judge Paul L. Maloney by presenting a  Living Testimony in Form of Affidavit of Truth in *"Commerce"*. The Respondent who is a corporation and has been *"Subcontracted"* by the Claimant aka American people must give an answer or as you call it, a rebuttal to the **Affidavit in Commerce** for it is required of him as a corporate entity.

> *"And he said also unto his disciples, There was a certain rich man, which had a steward;*
> *[2]And he called him, and said unto him, How is it that I hear this of thee? give an account of thy*
> *stewardship; for thou mayest no longer be steward"*
>
> *....Luke 16:1"*

As stated earlier, "All corporate government is based upon commercial affidavits". The Claimant acted as a **"Living Man** giving a **Testimony"**, not as a **"Phony man"** or **"Strawman"** or a **"Dead man"** who has been swept out to sea under maritime or admiralty law. Judge Paul Maloney is not a ***"Living man"***, neither is he a ***"Dead man"***, in fact he is not a man at all. As a Corporate Officer being **"Bonded in Commerce"** "**JUDGE PAUL L. MALONEY IS A CORPERATION!!!"** Because Judge Paul Maloney is not a man "Whether Dead or Alive" **HE DOES NOT HAVE A VOICE!** "A corporation is not a citizen within the meaning of that provision of the Constitution which is for the people. In

3

the Dred Scott Decision Chief Justice Taney concluded Mr. Scott was not at all a

person, but that he was property to be bought, sold, and inherited in commerce.

Therefore, the only rights Chief Justice Taney could protect were the property

rights of his owner who fell under the jurisdiction of "We the People".

The Claimant Keith Goodwin who is declared: A Living Man, standing on dry

ground on dry soil on dry land in Michigan the Republic in his proper person, falls

under the jurisdiction of "We the People". The Respondent who is a Corporate

Officer **"Bonded in Commerce"** is merely corporate property who does not have a

voice to speak for himself. The Claimant presented a **"Living Testimony in Form

of Affidavit of Truth in Commerce".** The Claimant acted as a **Living Man**

giving an oral **Testimony**. In other words, he literally opened his mouth and spoke

before this court of record. The Respondent is not a man but a corporation and

does not fall under the jurisdiction of "We the People", therefore he has no voice,

and *"Cannot"* rebut or respond even if he wanted to. It is "FACT" that an

**"Unrebutted Affidavit"** stands as **"Truth"** in commerce and is acted upon as the

**"Judgment"** in commerce. "HE WHO DOES NOT DENY ADMITTS!!! Or in

Judge Maloney's case "HE WHO CANNOT DENY MUST ADMIT!!!

4

## JUDGEMENT

In conclusion, I must err in favor of the Claimant. It is not my judgement that has exonerated his claim, but the **"Truth"** in the form of an Affidavit has resolved itself. There is none of you among us that can deny that Judge Maloney committed the acts alleged in this lawsuit. And for those of you that would attempt, none can deny an unrebutted affidavit. It is at my command that judgement be in favor of the Claimant for Thirty-Six-Million-Dollars: **GRANTED**

Respondents request for Dismissal: **DENIED**

**IT IS SO ORDERED.**

God has spoken! Let the Courts Say Amen!

Date: 8 /24/2020                                   God Almighty Presiding Judge of All
                                                                Common Law Court of Record
                                                                Date: 8 /24/2020

Sincerely,

**By:** _____ **Date:** _____

, in this Court of Record, with first-hand knowledge as a harmed and Injured victim, competent first hand witness claims with *Reservation of Rights*, **U.C.C. 1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and *Michigan Reservation of Rights (Section 440.1308)*. All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e) and 50 USC §4305 (b) (2).** (Performance or acceptance under reservation of rights).

## CERTIFICATE OF SERVICE

I, Keith A. Goodwin HEREBY CERTIFY that, on this 24th day of August 2020, a copy of the foregoing was mailed to: Judge Janet Neff, Zak Toomey **or mailed under UPU Postal Rules and Regulations Legal Subpoena by postal stamped Certified Mail.**

**From:** Keith A. Goodwin
Care of UPU, United States Post Office
Care of 1135 Benjamin Ave. S.E.
Grand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES MILITARY ZONES
Telephone: 616-550-3463   Email: **kg3373@aol.com**