# State of Michigan





## DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

**1. Country:**　　　　　　　**UNITED STATES OF AMERICA**

***This public document***

**2. has been signed by:**　　**OLIVIA GEIGER**

**3. acting in capacity of:**　**Michigan Notary Public**

**4. bears the seal of:**　　　**OLIVIA GEIGER**

　　　　　　　　　　　　**KENT County, Michigan**

## CERTIFIED:

**5. at Grand Rapids , Michigan**　　**6. the 27th of August, 2020**

**7. by Secretary of State, State of Michigan**

**8. NO.   253702-2-652180-263**

**9. Seal/Stamp:**　　　　　　　　　　**10. Signature:**

*Jocelyn Benson*

**Jocelyn Benson**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

Keith A. Goodwin HEREBY CERTIFY that, on this 25th day of August

/, a copy of the foregoing was mailed to: Judge Janet Neff, Zak Toomey **or**

**ailed under UPU Postal Rules and Regulations Legal Subpoena by postal**

**stamped Certified Mail.**

**From:** Keith A. Goodwin
Care of UPU, United States Post Office
Care of 1135 Benjamin Ave. S.E.
Grand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES  MILITARY ZONES
Telephone: 616-550-3463    Email: **kg3373@aol.com**

To: Judge Paul L. Maloney **ATTN: LEGAL TORT CLAIM PETITION**
**DEPARTMENT – Lawsuit**
137 Federal Bldg, 410 W. Michigan Ave. Kalamazoo, MI 49007
Office Phone: (269)-381-4741
Case Manager: (269)-337-5700

*Claimant/Plaintiff,*  By:                           DATE:  _Augo 25_, **2020**

**JURAT**

State of Michigan        )
Kent County   ) ss

Sworn to (or affirmed) and subscribed before me on this _25th_ **day of**
_August_ **2020** by ___Keith Goodwin___, proved to me on the basis of
satisfactory evidence to be one of the people who appeared before me and executed
the forgoing instrument for the purpose stated therein and acknowledged that said
execution was by his free act and deed.

_____  Signature of Notary Public, SEAL

OLIVIA GEIGER
Notary Public - State of Michigan
County of Kent
My Commission Expires Jan 21, 2024
Acting in the County of Kent

My commission expires ___1.21.2024___

**VOID where prohibited by Law. All offers accepted pursuant to <u>40 Stat 411</u>**
**<u>Section (7) (e) and 50 USC §4305 (b) (2).</u>**

# IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD
## UNITED STATES DISTRICT COURT FOR THE WESTERN
## DISTRICT OF MICHIGAN SOURTHERN DIVISION
### Case No: 1:20 -cv-00725

Keith A. Goodwin;          )

)

)   **United States District Common Law Court of**

      **Claimant/Plaintiff.** )   **Record Law of the Land:**

)            **God Almighty, who is Presiding**

**Judge Paul L. Maloney's;**          **Judge of All**

)

      **Respondent/Defendant.** )

## JUDGEMENT

The "Court of Record" Rules in favor of the Claimant Keith Goodwin. The Respondent Judge Paul L. Maloney having an unrebutted affidavit must pay damages in full with no possibility of Appeal. As required by rule 58 of the federal rules of civil procedure. **JUDGEMENT ENTERS**

**THIS ACTION IS UPHELD**

**IT IS SO ORDERED**

Date: August 25, 2020          God Almighty Judge of All

                        God Almighty Judge of All

                        Common Law Court Judge

Sincerely,

**By:** _____   **Date:** _August 25 2020_

, in this Court of Record, with first-hand knowledge as a harmed and Injured victim, competent first hand witness claims with *Reservation of Rights*, **U.C.C. 1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and *Michigan Reservation of Rights (Section 440.1308)*. All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e) and 50 USC §4305 (b) (2).** (Performance or acceptance under reservation of rights).

## CERTIFICATE OF SERVICE