**1**

**IN THE UNITED STATES DISTRICT COMMON LAW COURT OF RECORD**
**UNITED STATES DISTRICT COURT FOR THE WESTERN**
**DISTRICT OF MICHIGAN SOURTHERN DIVISION**
**Case No: 1:20 -cv-00725**

| | | |
|---|---|---|
| Keith A. Goodwin; | ) | |
| | ) | |
| | ) | **United States District Common Law Court of** |
| Claimant/Plaintiff. | ) | **Record Law of the Land:** |
| ——————————————— | ) | **God Almighty, who is Presiding** |
| | ) | **Judge of All** |
| Judge Paul L. Maloney's; | ) | |
| | ) | |
| Respondent/Defendant. | ) | |

---

## ORDER DENYING MOTION TO DISMISS AND THE REPLY IN SUPPORT OF IT

Respondents Judge Paul L. Maloney/District Attorney has *"Replied"* in *"Support"* of his "Motion to Dismiss". It is important that the courts understand, the motion to dismiss was filed in a court that never had jurisdiction to proceed. Magistrate Judge Sally Barrens denied the "Motion to Dismiss" as "moot" and was not debatable. This case was then removed from the hands of Federal Corporate Officer, Judge Janet Neff to the Executive Branch the "Secretary of State". Because of this, the "Reply in Support of His Motion to Dismiss" is **"Nothing"** and is of no substance to even discuss, as the "Motion to Dismiss" was not recognized by the magistrate and the case was removed from the court to the jurisdiction of the Secretary of State, so it never really existed to begin with.

The Respondents falsely states the Claimant filed the "Living Testimony in Form of Affidavit of Presentment" in *"Response"* to Judge Maloney's "Motion to Dismiss". The Claimant always maintained his "Propria Persona" as there was

*"Never"* a *"Response"* or *"Acknowledgement"* of Respondents "False Notices" or "Motion to Dismiss" on any occasion. The Respondents again lacking jurisdiction, conspiring under color of law, removed the case from State Court of Record to Federal Court without consent of the Claimant in an unsuccessful attempt to *"Fraudulently"* have the case dismissed. The Claimant taking measures against the illegal actions of the Respondent and co-conspirators, filed a "Living Testimony in Form of Affidavit in **Commerce**" with the Secretary of State to put a stop to this fraudulent activity. The Claimant's *"Response"* was to the Secretary of State *"Not"* Judge Maloney's motion in a fraudulent court. Through the Claimants decisive actions, he has maintained the case under the jurisdiction of "Common Law Court of Record". Because the Claimant maintained his proper person throughout this case, the *"Court of Record"* is not obligated to recognize or validate this reply in support of a nullified motion presented in a nullified court.

Accordingly, Judge Maloney's Motion to Dismiss along with the "Reply in Support of the Motion" is **DENIED. IT IS SO ORDERED.**

DATE: <u>September 18, 2020</u>      <u>God Almighty Presiding Judge of All</u>
<u>Common Law Court of Record</u>
<u>Date: 9 /18/2020</u>

, in this Court of Record, with first-hand knowledge as a harmed and Injured victim, competent first hand witness claims with *Reservation of Rights*, **U.C.C. 1-308 (Old 207.4), WITHOUT RECOURSE, U.CC 1-103.6, and** *Michigan Reservation of Rights (Section 440.1308)*. **All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e) and 50 USC §4305 (b) (2).** (Performance or acceptance under reservation of rights).

## CERTIFICATE OF SERVICE

I, Keith A. Goodwin HEREBY CERTIFY that, on this 21st day of September 2020, a copy of the foregoing was mailed to: Judge Janet Neff, Zak Toomey **or mailed under UPU Postal Rules and Regulations Legal Subpoena by postal stamped Certified Mail.**

# State of Michigan



### DEPARTMENT OF STATE
## APOSTILLE
*(Convention de La Haye du 5 Octobre 1961)*

**1. Country:**          **UNITED STATES OF AMERICA**

*This public document*

**2. has been signed by:**          **PHILIP DENTLER**

**3. acting in capacity of:**          **Michigan Notary Public**

**4. bears the seal of:**          **PHILIP DENTLER**

          **KENT County, Michigan**

## CERTIFIED:

**5. at Grand Rapids , Michigan          6. the 21st of September, 2020**

**7. by Secretary of State, State of Michigan**

**8. NO.  254472-1-654143-263**

**9. Seal/Stamp:**          **10. Signature:**

*Jocelyn Benson*

**Jocelyn Benson**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

**From:** Keith A. Goodwin
Care of UPU, United States Post Office
Care of 1135 Benjamin Ave. S.E.
Grand Rapids, MI, 49506, Non-Domestic
WITHOUT THE UNITED STATES   MILITARY ZONES
Telephone: 616-550-3463   Email: **kg3373@aol.com**


To: Judge Paul L. Maloney **ATTN: LEGAL TORT CLAIM PETITION**
**DEPARTMENT – Lawsuit**
137 Federal Bldg, 410 W. Michigan Ave. Kalamazoo, MI 49007
Office Phone: (269)-381-4741
Case Manager: (269)-337-5700

*Claimant/Plaintiff,*  By: _____   DATE: _9/18/_ , **2020**

<h3 align="center">JURAT</h3>

State of Michigan        )
Kent County    ) ss

Sworn to (or affirmed) and subscribed before me on this ___18ᵗʰ___ **day of**
___September___ **2020** by ~Keith Goodwin~, proved to me on the basis of
satisfactory evidence to be one of the people who appeared before me and executed
the forgoing instrument for the purpose stated therein and acknowledged that said
execution was by his free act and deed.

_____   Signature of Notary Public, SEAL

My commission expires ___01/25/2024___

> PHILIP DENTLER
> Notary Public – State of Michigan
> County of Kent
> My Commission Expires Jan 25, 2024
> Acting in the County of ___Kent___

**VOID where prohibited by Law. All offers accepted pursuant to <u>40 Stat 411</u>**
**<u>Section (7) (e)</u> and <u>50 USC §4305 (b) (2).</u>**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KEITH A. GOODWIN,

     Plaintiff,

v.                                              Hon. Janet T. Neff

KENT COUNTY DISTRICT               Case No. 1:20-cv-00725
ATTORNEY, et al.,

     Defendants.

## ORDER

     This matter is before the Court on the request of Respondent Paul L. Maloney for a pre-motion conference (ECF No. 4). On August 7, 2020, this matter was referred to Magistrate Judge Sally Berens by the Honorable Janet T. Neff for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B). Magistrate Sally Berens does not require a motion conference before filing of dispositive motions, and refers the parties to § IV.A.1.a of the civil guidelines of the Honorable Janet T. Neff, which states: "[N]o pre-motion conference is required before filing . . . a dispositive motion in a case referred to a magistrate judge." As such, the request for a pre-motion conference (ECF No. 4) is dismissed as moot. The Respondent may file a dispositive motion.

     IT IS SO ORDERED.

Date: August 10, 2020                    /s/ Sally J. Berens
                                      SALLY J. BERENS
                                      U.S. Magistrate Judge