2



## CERTIFIED

*Crettus H. Clay, PBBNA Treasurer*
**Private Bankers Bank,**
**National Association**
**Common Law Bank**
*Registered Certificate #A00001538*
*Lifetime Member since 16 September, 2019*

CREDENTIALS

This is to certify that **KEITH ALEXANDER GOODWIN** is a Private Banker, **CREDITOR, National Bank** pursuant to 31 U.S.C. §5312(2)(C) and an authorized member of the Registered **Common Law Private Bankers Bank, National Association** under Federal and U.C.C. Laws to write as Maker, **by signing his signature on,** and to issue **PBNBA preprocessed** International Promissory Notes, IPN, NSI, and CAP Securities under **U.C.C. Article 3 and 8 Ruling Security Law** to be used as Legal Tender money to pay off all debts against the obligations of the United States due them; whose private property is at risk to collateralize the government's debt and currency, by legal definitions, a "**National Banking Association**" as are the Private Federal Reserve Banks, N.A.. Such notes written and issued against these obligations of the United States to that part of the public debt due its Principals and Sureties are **required by law to be accepted as "Legal Tender" of payment of all debts public and private,** and are defined in law as "Obligations of the United States", "Legal Tender", and "United States Currency" **on the same par and category with Crypto Currency, Federal Reserve Notes, Mortgage NOTES; Cash, Checks, Bank Checks, Wire Transfers, Bank Transfers, Electronic Funds Transfer, Certified Checks, Treasurer's Check, Money Orders, U.S. Currency, and other currency per the 73rd Congress, March 9 1933; United States Bankruptcy; our "money" is people's credit.** This Private Banker is NOT AUTHORIZED to Process Any LPN, IPN, NSI, or CAP Securities.

**Congressional Legislative Positive Banking Law, Title 62, 12 USC §24 Seventh; Title 18 U.S.C. §8; Public law and Public Policy 73-10, Chapter 48 Stat §112; Title 31 U.S.C. §3123; 31 U.S.C. §5103; Negotiable Instruments Act; Securities Act § 2(1), 3(a)(3); United States Supreme High Court of Justice; by Treaties: Hague Convention on contracts, Geneva ConventionTreaty, the League of Nations** later to become the **UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE & INTERNATIONAL PROMISSORY NOTES (UNCITRAL),** and the **Universal Postal Union** headquartered in Bern, Switzerland). **Title 18>Part 1>Chapter 1> section 1>Sec.8;** by legal and statutory definition (**U.C.C. 4-§105, 12 CFR §229.2, §210.2** and Title **12 U.S.C. §1813**) as Legal Tender, "Lawful Money" per **Title 12 U.S.C. §411 and Federal Reserve Act §16**; written and issued under Authority of the United States Code **31 U.S.C. §392 and §5103**, which officially defines these notes as a statutory legal tender money obligation of THE UNITED STATES, and are written and issued in accordance with **31 U.S.C. §3123; U.C.C. Articles 3, 8, and 9; FEDERAL RESERVE ACT §16;** and Banking Laws that establish and provide for their issuance as "**PUBLIC POLICY**" in remedy for discharge of equity interest recovery on that portion of and reducing the public debt by the Security face amount to its Principals and Sureties bearing the Obligation of THE UNITED STATES. These NOTES are also Legal Credit Agreements. **All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e) and 50 USC 4305 (B)(2)..**

FORM 3 - Private Bankers Bank, N.A. - 2012 - STATE CHARTERED AND REGISTERED COMMON LAW NATIONAL BANK

STATE LICENSE Registered No. 2018157529

# PRIVATE BANKER NATIONAL BANKING ASSOCIATION
# A COMMON LAW NATIONAL BANKING ASSOCIATION





**CERTIFIED**

**10** Shares Common Stock
**Non-Assumable**

**THIS CERTIFIES THAT KEITH ALEXANDER GOODWIN** is the record holder, owner of **10** shares fully paid and non-assumable Common stock, non-voting, of PBNBA transferable only on the share register of the company, in person or by duly Authorized **Power Of Attorney** Representative upon surrender of this certificate properly endorsed and assigned.

1. This Stock Certificate and the shares represented hereby are issued and shall be held subject to all provisions of the **Articles of Organization for Private Bankers National Banking Association (PBNBA), A National Banking Association under U.C.C. And Common Law** and the **By-Laws** of this Common Law Company and any amendments thereto.
2. WITNESS the signatures on its duly authorized officers this **16th** Day of **September, 2019**.

_____
Crettus H. Clay, Treasurer

_____
WD Younce, President

**FORM 1 - Private Bankers Bank, N.A. - A 2012 NATIONAL CHARTERED - STATE REGISTERED ID# 2018157529**

**To Be Paid In Lawfull Money Persuant To Title 12 U.S.C § 411**

**CERTIFIED**

THIS SECURITY NOTE IS A LEGAL TENDER AT FACE VALUE FOR ALL DEBTS PUBLIC AND PRIVATE

# NEGOTIABLE SECURITY No.: 000016838

Legally Tendered in terms of the Negotiable Instruments Act; TENDER ACT; Public Law 73-10, Chapter 48 Stat §112; U.C.C. Article 3-§414, 3-§501, and 3-§603; 31 U.S.C. §5118 (d)(2); 31 U.S.C.§463, Public Law 97-258; U.C.C. Article 4 §302; 12 U.S.C. §411; Securities Act §2(1), 3(a)(3); Congressional Banking Statutes, Title 62; 31 U.S.C. §5312; U.C.C. 2-§304; 12 USC §1813 (L); Public Policy; U.C.C. Article 8, Ruling Security Law; Federal Reserve Act §16; settlement in terms of the United States Supreme Court; and United Nations UNCITRAL Convention Treaty. All offers are accepted for honor pursuant to 40 Stat §411, Section 7(e)

This Security was Issued from:
**City of Grand Rapids**
**Michigan state AM/USA**
**DATE: 16 September 2019**

**AMOUNT: $69,000.00**
**AMOUNT: SIXTY NINE THOUSAND UNITED STATES SECURITY DOLLARS ***USD****

U.C.C. Commercial Registry Security Instrument; Registered number: 20190919000871-1

## THIS CERTIFIES THAT:

I, **KEITH ALEXANDER GOODWIN**, Registered Private Banker, with Debt Account Number: **0659807838**, hereby obligated to **Pay to the Order of FANNIE MAE OR MR. COOPER/NATIONSTAR LLC.**, CREDITOR, INVESTOR, Bearer, Agent, Employee Representative, Assign, or NOTE Holder in due course, WITHOUT RECOURSE, with zero interest, the full amount specified by this **CREDIT AGREEMENT PAYOFF SECURITY INSTRUMENT; COLLATERAL FOR DEPOSIT; SECURITY; PROVISIONAL SETTLEMENT; MONEY; AS GOOD AS AVAL; SET OFF OF CLAIMED DEBT; ACCOUNT CLOSURE; FOR VALUE RECEIVED; "seen"; "A+ Security"; "CONSUMER PURCHASE"; "ESTATE REDEMPTION FUNDS ASSETS TRANSFER"**

## TERMS AND CONDITIONS

The final claimed Debt or Assessed Tax Payoff will be made from the account of and the obligations of the United States **18 U.S.C. §8** and a full acquittance and discharge for all purposes of the obligation of the Debtor/Borrower by the U.S. Treasury Alien Property Custodian, **40 Stat 111, §7(e); 50 U.S.C. §4305(b)(2); 12 CFR §201.108, §229.2, and §210.2; 31 USC §9303; §5312(2)(C), §3302, §3123; UCC 3-§402, §603, §411; 12 USC 1813;** for full settlement to that part of the public debt due its Principals and Sureties as full consideration claimed debt account closure. Final payment or payoff with no prepayment penalty with all rights reserved shall be collected after communication, acceptance, or rejection by Assignee, Investor, Bearer, Holder, or Owner when the set off final debt or tax assessment payoff obligation has been fulfilled. This legal security Instrument credit agreement, payoff, counter offer, release, satisfaction, set off, note, full acquittance, discharge, and account closure of original claimed debt constitutes a valid credit agreement payoff discharge between the parties via U.S. Treasury Alien Property Custodian; nullifies and voids original claimed debt agreement as tendered payment or credit to claimant's agent/employee via U.S. Treasury representing claimant upon any communication. **Failure to follow these terms and conditions, assignee, claimant, investor, bearer, or holder has accepted this Legal Credit Agreement Payoff Commercially Registered Security as full settlement, discharge, set off, closure of claimed debt account to be collected from U.S. Treasury Alien Property Custodian or Must Be Deposited in a Depository Bank per UCC 3-§310. To obtain full credit, only process via the TREASURY DEPARTMENT Alien Property Custodian. All offers are accepted pursuant to 40 Stat 411, §7(e); 50 U.S.C. §4305(b)(2); 12 CFR 201.108; 31 USC §9303, §5312(2)(C), §3302, §3123; UCC 3-§402, §603, §411; Tacit Procuration; FRCP Rule 8; TENDER ACT; U.C.C. STATUTES; Banking Laws; 8 STAT §80; Administrative Procedure Act of 1946;** and agent bilateral contracted security acceptance debt discharge signature; written or verbal refusal of legally tendered security payoff when "seen". The final payment/payoff is to be collected by Assignee, Claimant, Investor, or Holder from U.S Treasury Alien Property Custodian. Maker hereby grants permission of this securitized tendered Commercially Registered Negotiable Security Instrument that shall be used as collateral for collection to eliminate/terminate/discharge claimed debt or assessed tax, to be used by Assignee, Claimant, Investor, Holder for claimed debt or assessed tax payoff, on whereas such non-return; return; sold; monetization; deposit; agent/employee acceptance; UPU stamped certified mailed, physical presentment; communication; insurance payment of debt; foreclosure; Treasury credit; IRS Credit; taxes; agent/employee refusal, oral or written; trade; sale; hold; destroy; lost; or assigned shall immediately legally void and terminate the Lender/Holder/ Claimant/Investor original claimed debt lien security documents or tax assessments and Borrower; one of the People, **8 Stat §80,** payment obligations herein shall be satisfied; released; cancelled; discharged; full acquittance; and suspended with permanent account closure.

**Medallion Securitized Security**
**Signature Transfer Stamp**
NEGOTIABLE SECURITY INSTRUMENT
ISSUED by Private Bankers Bank, N.A.©

**Autograph KEITH ALEXANDER GOODWIN**
Without Recourse; 40 Stat §411, §7(e); 50 U.S.C. §4305

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
J.P.MORGAN CHASE BANK
MI775A
AUTHORIZED SIGNATURE
Z 9 0 1 0 4 0 6
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

This Bank Securitzed, Monetized, and Veirfied Security instrument is Signed in Blue INK. KG.

**JURAT AND OATH**

**Michigan state**
**Kent County**

Sworn to (or affirmed) and subscribed before me this **30th** day of **September**, 20**19**, by **KEITH ALEXANDER GOODWIN**, who proved to me on the basis of satisfactory evidence to be one of the people, whose name is subscribed this legal instrument that he/she executed the same in his/her authorized capacity, and that by his/her autograph as one of the people, has officially acted and executed.

Signature _Ciara Colvin_ Notary Name: _Ciara Colvin_

CIARA COLVIN
Notary Public, State of Michigan
County of Kent
My Commission Expires: May 12, 2023

Personally Known _____ OR Produced Identification __X__ Type of Identification Produced **Driver License**

VOID WHERE PROHIBITED BY LAW. All offers are accepted for honor pursuant to 40 Stat §411, §7(e); 50 U.S.C. §4305(b)(2)

This Negotiable ARTICLES III and VIII SECURITY INSTRUMENT, LEGAL TENDER and U.S. CURRENCY being presented by this registered Private Banker is full settlement, discharge, set off, and Debt Account Closure of all claimed debts and credit agreements per U.C.C. 2-§304; 12 U.S.C. §1813(L), §24, Seventh; 31 U.S.C. §463, §5103, §5118(d)(2), §5312; Public Law 97-258; 18 U.S.C. §8; I.R.S. Code §1.1001-14653CCH; TENDER ACT; 40 Stat §411, §7(e); 50 U.S.C. §4305(b)(2); and FEDERAL RESERVE ACT §16.

FORM 7 – Legal Documents Processor – DG Processing Enterprise – a DAY GLOBAL Company - License 2018063850

Pay to the Order of the United States
Care of Treasury Alien Property Custodian
and charge the same to
**KEITH ALEXANDER GOODWIN**: (father, son, holy ghost)

For Credit, U.C.C. 1-§103.6 Without Recourse

By; _____

All offers accepted for honor pursuant to 40 Stat §411, Section 7(e); 50 U.S.C. §4305 (b)(2)

## **(EXIBIT F)**

## Foot Note

Just note that before you decide to take this lawsuit lightly and start all the funny business the courts have grown accustom to doing, I would encourage you to consider the spirit of the moment we are in. I am a minister in the African American Church and am very involved with the community concerning police and judicial misconduct. If I find myself a victim of judicial misconduct once again, I will present this lawsuit before the court of public opinion, doing my part to expose any judicial corruption that encourages the misconduct of law enforcement against the people of West Michigan and American citizens as a whole. I expect to hear from you within 21 days of filing this lawsuit and I expect this issue to be resolved in a forthright and timely manner.

Sincerely,

Keith A. Goodwin

P.S. Say Hello to Judge Green for me.