UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEITH A. GOODWIN,

        Plaintiff,

v.

KENT COUNTY DISTRICT ATTORNEY
and JUDGE PAUL L. MALONEY,

        Defendants.
_____/

Case No. 1:20-cv-725

Honorable Hala Y. Jarbou

## ORDER

For the reasons set forth in the Opinion entered this date,

**IT IS ORDERED THAT** Plaintiff's objections (ECF No. 14) are **DENIED**.

**IT IS FURTHER ORDERED THAT** the Report and Recommendation (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED THAT** Defendant Paul L. Maloney's motion to dismiss (ECF No. 7) is **GRANTED** and the case against the remaining defendant is **REMANDED** to state court.

**IT IS FURTHER ORDERED THAT** Plaintiff's motion to enforce a judgment (ECF No. 15) is **DENIED**.

Dated:  October 30, 2020

/s/ Hala Y. Jarbou
Hala Y. Jarbou
United States District Judge

1